CLERK'S Letter from t/Central Dist. of CA transferring case & transmitting t/following:

3/4/99 1 COMPLAINT for Wrongful Death & Survival Actn & Demand for Jury Trial. (Summons(es) issued) (jag) [Entry date 01/28/001 [2: 99cv13513]

9/1/99 2 RETURN OF SUMMONS in a civil actn executed upon defendant USA on 8/27/99 (jag) [Entry date 01/28/001 [2:99cv13513]

1O/29/99 5 ANSWER filed by defendant USA to complaint [1-1] (jag)   [Entry date 01/28/001 [2:99cv13513]

 11/12/99 6 THIRD-PARTY COMPLAINT: by defendant USA; adding Korean Air Lines Co; (jag) [Entry date 01/28/00] [2:99cv13513]

 12/29/99 9 TRANSFER ORDER Purs to Rule 12 of the Rules of Procedure of the Judicial Panel on MDL 147 FRD 589, 596 that actions listed under 28 USC 1407 are transferred to the Central  District of CA consolidating cases 2:98-ml-1237 with member cases 2:99-cv-13513 (jp) [Entry date 01/05/001 [Edit date 01/21/001 [2:99cv13513]

 12/29/99  CASE REFERRED to Discovery Rosalyn M. Chapman (jp) [Entry date 01/05/00] [2:99cv13513]

 1/3/00 10 ANSWER filed by defendant Serco Mgt Svcs Inc to complaint [1-1]; jury demand (pbap) [Entry date 02/01/00]    [2: 99cv13 513]

 NOTICE of appl for PHV sent to atty Wilfred R Mann (jag)   1/21/00   [Entry date 01/21/00] [2:99cv135131

2/7/00 11 WAIVER OF SERVICE of SUMMONS by third-party defendant  Korean Air Lines Co sent by pif on 1/12/00 and rcvd by Atty  Geneva A. Collins on 2/2/00. (pbap) [Entry date 02/09/001    [2: 99cv13 513]

 3/8/00 12 SUPPL ORDER OF CONSOLIDATION by Judge Harry L. Hupp (relates to MDL 1237) **see doc for addtnl info** (pbap) [Entry date 03/09/00] [2:99cv13513]

 3/9/00 13 ANSWER TO THIRD PARTY COMPLAINT [6-1] by third-party    defendant Korean Air Lines Co (relates to MDL 1237) (pbap)    [Entry date 03/13/00] [2:99cv13513]

 3/9/00 13 COUNTERCLAIM by third-party defendant Korean Air Lines Co against third-party plaintiff USA (pbap) [Entry date 03/13/00] [2:99cv13513]

 3/9/00 13 CROSSCLAIM by third-party defendant Korean Air Lines Co    against defendant Serco Mgt Svcs Inc ; (pbap)    [Entry date 03/13/001 [2:99cv13513]

 3/29/00 14 ANSWER TO CROSSCLAIM [13-1] by cross-defendant Serco Mgt Svcs Inc (relates to MDL 1237) (pbap) [Entry date 03/31/00] [2: 99cv135131

3/29/00 14 COUNTERCLAIM by cross-defendant Serco Mgt Svcs Inc against counter-claimant Korean Air Lines Co; jury demand (relates to MDL 1237) (pbap) [Entry date 03/31/00] [2:99cv13513]

4/6/00 15 (Reply) ANSWER TO COUNTERCLAIM [14-1] by counter-defendant Korean Air Lines Co (relates to MDL 1237) (pbap) [Entry date 04/07/00] [2:99cv13513]

5/16/00 16 ANSWER (REPLY) TO COUNTERCLAIM [13-1] by counter-defendant USA (MDL 1237) (pbap) [Entry date 05/17/00] [2:99cv13513]

8/11/00 17 MOTION by Guam to transfer ; motion hearing set for 10:00 8/28/00 Lodged ord (pbap) [Entry date 08/15/00] [2: 99cv13 513]

8/14/00 18 OPPOSITION by defendant USA to motion to transfer [17-1] (pbap) [Entry date 08/15/00] [2:99cv13513]

8/21/00 19 REPLY Memo by plaintiff Guam to dft USA Opp to motion to transfer [17-1] (pbap) [Entry date 08/23/00] [2: 99cv13 513]

3/23/01 20 MEMO OF CONTENTIONS OF FACT and LAW by defendant USA (Re MDL 1237) (shb) [Entry date 03/27/01] [2:99cv13513]

3/23/01 21 WITNESS list submitted by defendant USA (Relates to MDL 1237) (shb) [Entry date 03/27/01] [2:99cv13513]

3/23/01 22 EXHIBIT list by defendant USA (Relates to MDL 1237) (shb) [Entry date 03/27/01] [2:99cv13513]

3/28/01 23 MINUTES: by Jude Harry L. Hupp; ; pretrial conference on 1:30 4/18/01 In addition, certain individual problems are noted as follows: (see mins) CR: Cynthia L. Mizell (yc) [Entry date 04/04/01] [2:99cv13513]

4/4/01 24 NOTICE by defendant USA, to all parties, upon further consideration, the United States has decided not to file a motion for summary judgment in this matter. (Relates to MDL 1237, cv 98-6369) (shb) [Entry date 04/12/01] [2: 99cv135 13]

4/5/01 25 MINUTES: Cnsl for the following cases: 98-6334, 98-4500; 98-6345; 98-6344; 98-6343; 98-6342; 98-6341; 98-6337; 98-6388; 98-6316; 98-6806; 98-5450; 98-6369; 98-2243; 98-6389; 99-13513; 99-7226; 99-13527; 99-13508; 98-6387 are advised of the PTC set for 4/18/01 at 1:30 p.m. If you have any questions concerning this minute order, please contact the crt clerk at (213) 894-5216 by Judge Harry L. Hupp CR: not present (pbap) [Entry date 04/19/01] [2: 99cv135131

4/6/01 26 MINUTES: Correction to PTC minute order by Judge Harry L. Hupp CR: not present **see mo for addtnl info** (pbap) [Entry date 04/19/01] [2:99cv13513]

4/18/01 28 MINUTES: PTC ORDER. All OSCs are vacated by Judge Harry L. Hupp CR: Cynthia L. Mizell **see MO for detailed info** (pbap) [Entry date 04/24/01] [2:99cv13513]

4/19/01 29 WITNESS list submitted by defendant USA (pbap) [Entry date 04/24/01] [2:99cv13513]

4/20/01 27 MINUTES: Cnsl are ordered to show cause in writing why this action should not be dism as to all dfts and/or sanctions imposed for failure to comply with Local Rule 9. The filing of a jnt exh list and dftÃ†s wit list is sufficient response to this OSC cause. The filing shall be made in the District of Guam. This case is being transferred to the District of Guam, where the OSC will be handled by the designated trial judge by Judge Harry L. Hupp CR: n/p (pbap) [Entry date 04/24/01] [2:99cv13513]

4/23/01 30 MINUTES: The cases (listed herein) are transferred to United States District Court, the Dist of: Guam for trial on the issues of damages. After various serverances and consolidations, there are five cases for trial, organized by decedent, as follows: (1) Decedent Kim Bong Su, CV 98-4500; (2)

Decedent Chung Ki Chul, CV 98-5450; (3) Decedent Lee Kyung Han, CV 98-6369; CV 99-13513; (4) Lee Sung Chul and Song Byung Won (husband and wife), CV 99-13508, CV 99-13527; CV 98-6369, and CV 98-8140; (5) Yun (or Yoon) Sun Kyu, CV 99-7226; CV 98-2243 (f). With regard to CV 2243 (f), the claims of plfs Ahn for the death of decedent Yun have previously been severed from the balance of CV 98-2243 and consolidated with CV 99-7226. The claims of plfs Ahn related to the death of Yun Sun Kyu are now designated by number CV 98-2243 (f). The remainder of CV 98-2243 is not transferred to the District of Guam and remains in the Central District by Judge Harry L. Hupp CR: not present. (ENT 5/2/01) MD JS 6 (re: MDL 1237, Air Crash, Agana Guam, August 6, 1997 (pbap) [Entry date 05/02/01] [Edit date 05/02/011 [2:99cv13513]

5/7/01 TRANSMITTAL of documents orig file, cc docket & ord to the District of Guam (pbap) [Entry date 05/07/01] [2: 99cv13 513]

; [RSN EOD 05/16/2001]