ORIGINAL

FILED
DISTRICT COURT OF GUAM
OCT - 3 2005
MARY L.M. MORAN
CLERK OF COURT

| | |
|---|---|
| In Re: AIR CRASH AT AGANA, GUAM ON AUGUST 6, 1997 | ) M.D.L. No. 1237<br>)<br>) Civil Case No. 099-00072 |
| EDWARD C. HAN, ESQ., As Personal Representative of the Estate of KYUNG HAN LEE, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | ) THIS DOCUMENT RELATES TO:<br>) Formerly U.S.D.C. C.D. CA<br>) CV 99-13513-HLH (RCx)<br>)<br>)<br>)<br>) as previously consolidated with<br>) Civil Case No. 01-00024 |
| KYOUNG CHOL LEE, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>SERCO MANAGEMENT SERVICES, et al.<br><br>Defendants. | ) THIS DOCUMENT RELATES TO:<br>) Formerly U.S.D.C. C.D.CA<br>) CV-98-6369-HLH (RCx)<br>)<br>) **This case concerns decedent Lee, Kyung Han**<br>) STIPULATION ~~AND~~ to ~~(PROPOSED) ORDER~~ OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS FILED BY ALL PARTIES |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby stipulated by and among all parties to this action, through their respective attorneys of record, that all claims filed by all parties shall be dismissed with prejudice, each party to bear its own costs.

Dated: September 20, 2005.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

LEONARDO RAPADAS
United States Attorney

MIKEL SCHWAB
Assistant U.S. Attorney

DEBRA D. FOWLER
Senior Aviation Counsel
BARRY F. BENSON
KATHRYN L. SMITH
Trial Attorneys
United States Department of Justice
Counsel for Defendants

CHARLES HERRMANN
Herrmann Law Firm

<and>

DAVID J. LUJAN
Law Offices of David J. Lujan

Attorneys for Plaintiffs Lee & Song

BRUCE LAMPERT
Schaden, Katzman, Lampert & McClune

<and>

BILL MANN
Berman, O'Connor, Mann & Shklov

Attorneys for Plaintiffs Park, Kim & Han

IT IS SO ORDERED.

Dated: _____, 2005

Hon. Ronald S. W. Lew
UNITED STATES DISTRICT JUDGE