CHARLES HERRMANN, ESQ.
Herrmann Law Firm
1535 Tacoma Ave., South
Tacoma, WA 98402
Ph: (253) 627-8142

DAVID J. LUJAN
Lujan, Unpingco, Aguigui & Perez LLP
Suite 300, Pacific News Building
238 Archbishop Flores Street
Hagatna, Guam 96910
Fax: (671) 477-5297

DAVID KATZMAN
BURCE LAMPERT
Schaden, Katzman Lampert & McClune
100 West Big Beaver, Suite 130
Troy, Michigan 48084
Fax (248) 258-2825

BILL MANN
Berman, O'Connor, Mann & Shklov
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagatna, Guam 96910
Fax: (671) 477-4366

Attorneys for Plaintiffs

PETER D. KEISLER
Assistant Attorney General
LEONARDO RAPADAS
United States Attorney
MIKEL SCHWAB
Assistant United States Attorney
DEBRA D. FOWLER
Senior Aviation Counsel
BARRY F. BENSON
KATHRYN L. SMITH
Trial Attorneys
Civil Division, Torts Branch
U.S. Department of Justice
Post Office Box 14271
Washington, DC 20044-4271
Phone: (202) 616-4025
Fax: (202) 616-4002

Attorneys for United States of America and Serco

FILED
DISTRICT COURT OF GUAM
OCT -4 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

TERRITORY OF GUAM

| | |
|---|---|
| In Re: AIR CRASH AT AGANA, GUAM ON AUGUST 6, 1997 | M.D.L. No. 1237 HLH <br> Civil Case No. 99-00072 |
| EDWARD C. HAN, ESQ., As Personal Representative of the Estate of KYUNG HAN LEE, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants. | THIS DOCUMENT RELATES TO: <br> Formerly U.S.D.C. C.D. CA <br> CV 99-13513-HLH (RCx) <br><br><br> as previously consolidated with Civil Case No. 01-00024 |
| KYOUNG CHOL LEE, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> SERCO MANAGEMENT SERVICES, et al., <br><br> Defendants. | THIS DOCUMENT RELATES TO: <br><br> Formerly U.S.D.C. C.D.CA <br> CV-98-6369-HLH (RCx) <br><br> **This case concerns decedent Lee, Kyung Han** <br><br> **ORDER RE: STIPULATION** |

The Stipulation of Dismissal and (Proposed) Order with Prejudice of All Claims signed by all parties submitted to the Court on October 3, 2005, is HEREBY Approved and So Ordered this ___4___ day of October, 2005.

_____
LLOYD D. GEORGE
United States District Judge

---

*The Honorable Lloyd D. George, United States Senior District Judge for the Western District of Washington, sitting by designation