FILED
DISTRICT COURT OF GUAM
OCT - 5 2005
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| In Re: AIR CRASH AT AGANA, GUAM ON AUGUST 6, 1997 | M.D.L. NO. 1237 HLH |
| EDWARD C. HAN, ESQ., as Personal Representative of the Estate of KYUNG HAN LEE, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, et al,<br><br>Defendants. | CIVIL CASE NO. 99-00072<br><br>THIS DOCUMENT RELATES TO:<br>Formerly U.S.D.C. C.D. CA<br>CV 99-13513-HLH (RCx) |
| KYOUNG CHOL LEE, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>SERCO MANAGEMENT SERVICES, INC., et al,<br><br>Defendants. | as previously consolidated with<br>CIVIL CASE NO. 01-00024<br><br>THIS DOCUMENT RELATES TO:<br>Formerly U.S.D.C. C.D. CA<br>CV 98-6369-HLH (RCx)<br><br>**JUDGMENT** |

Judgment is hereby entered in accordance with the Order re: Stipulation of Dismissal With Prejudice filed October 4, 2005.

Dated this 5th day of Ocotber, 2005.

MARY L. M. MORAN
Clerk of Court

By: _____
Shirlene A. Ishizu
Deputy Clerk