| | |
|---|---|
| In Re: AIR CRASH AT AGANA, GUAM ON AUGUST 6, 1997 | M.D.L. NO. 1237 HLH |
| Edward C. Han, Esq., as Personal Representative of the Estate of Kyung Han Lee, et al., <br> Plaintiffs, <br> vs. <br> USA, et al. <br> Defendants. | Civil Case No. 99-00072 <br><br> This document relates to: <br> Formerly U.S.D.C. C.D. CA. <br> CV 99-13513-HLH (RCx) |
| Kyoung Chol Lee, et al., <br> Plaintiffs, <br> vs. <br> Serco Management Services, et al. <br> Defendants. | *As previously consolidated with:* <br> Civil Case No. 01-00024 <br><br> This document relates to: <br> Formerly U.S.D.C. C.D. CA. <br> CV-98-6369-HLH (RCx) |

# NOTICE OF ENTRY OF JUDGMENT

**NOTICE IS HEREBY GIVEN** that on the date indicated below this court entered on the docket of the above-entitled case the following Judgment:

*Clerk's Judgment to Order re: Stipulation filed October 4, 2005*
*Date of Entry: 10/5/2005*

The original order is on file at the Clerk's Office of this court. The document may be viewed at the Clerk's Office and is available for viewing on the Internet by using PACER for a fee. Information on the PACER system can be found on the court's web page: **www.gud.uscourts.gov**

**Date:** October 5, 2005                                    Clerk of Court
                                                             **/s/ Mary L.M. Moran**