# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

| | |
|---|---|
| In Re: AIR CRASH AT AGANA, GUAM ON AUGUST 6, 1997 | M.D.L. NO. 1237 HLH |
| Edward C. Han, Esq., as Personal Representative of the Estate of Kyung Han Lee, et al., <br>       Plaintiffs, | Civil Case No. 99-00072 |
|     vs. <br> USA, et al. <br>       Defendants. | This document relates to: <br> Formerly U.S.D.C. C.D. CA. <br> CV 99-13513-HLH (RCx) |
| | *As previously consolidated with:* <br> Civil Case No. 01-00024 |
| Kyoung Chol Lee, et al., <br>       Plaintiffs, | |
|     vs. <br> Serco Management Services, et al. <br>       Defendants. | This document relates to: <br> Formerly U.S.D.C. C.D. CA. <br> CV-98-6369-HLH (RCx) |

## CERTIFICATE OF SERVICE

The following office(s)/individual(s) acknowledged receipt of the ***Judgment and Notice of Entry of Judgment filed on October 5, 2005,*** on the dates indicated below:

| *Office of the United States Attorney* | *Lujan, Unpingco, Aguigui, and Perez* | *Berman, O'Connor, Mann, and Shklov* |
|---|---|---|
| *October 6, 2005* | *October 6, 2005* | *October 7, 2005* |

I, Shirlene A. Ishizu, declare under the penalty of perjury that on the above listed date(s) the:

***Judgment and Notice of Entry of Judgment filed on October 5, 2005,***

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: October 11, 2005

            /s/ Shirlene A. Ishizu
              Deputy Clerk